IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 11–20–BU–DWM |
| Plaintiff, | |
| v. | ORDER |
| JOHN WAYNE JORGENSON, | |
| Defendant. | |

Defendant John Wayne Jorgenson's unopposed Motion for Early Termination of Supervision is now before the Court. (Doc. 53.) Having considered the factors in 18 U.S.C. § 3553(a), the conduct of Defendant, and Defendant's arguments, the Court is satisfied that early termination is warranted by "the interest of justice." 18 U.S.C. § 3583(e)(1).

Accordingly, IT IS ORDERED that Defendant's motion (Doc. 53) is GRANTED. As of the date of this Order, Defendant's supervision is terminated.

DATED this 9th day of February, 2022.

11:31 A.M.

Donald W. Molloy, District Judge
United States District Court